```
1  LAWRENCE BRAGMAN, SB #104039
   Attorney at Law
2  912 Lootens Place, 2nd Floor
   San Rafael, CA 94901-3110
3  Telephone: (415) 459-6060
   Facsimile: (415) 459-6067
4  email: bragmanlaw@gmail.com

5
   Attorney for Plaintiff ANGELINA PAPIA
6
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELINA PAPIA,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF MARIN, SHERIFF JAMIE SCARDINA, and DOES 1 – 200, jointly and severally,<br><br>    Defendants. | CASE NO. 3:24-cv-06769-JCS<br><br>**DECLARATION OF ANGELINA PAPIA RE: DECEDENT'S CAUSE OF ACTION**<br>(CCP § 377.10 et seq.)<br><br>Honorable Jacqueline Scott Corley |

I, ANGELINA PAPIA, do hereby declare:

1. I am the Plaintiff in the above entitled action;

2. I am the mother of decedent, Dylan Baylacq.

3. Dylan died on October 1, 2023 in Cell 17 in the "Special Housing" unit at the Marin County Jail, 13 Peter Behr Drive, San Rafael, California 94903.

4. No proceeding is now pending in California for the administration of Dylan's estate;

5. I am Dylan's successor in interest (as defined in Section 377.11 of the California Code of Civil Procedure) and succeed to his interest in the above entitled action or proceeding.

**DECLARATION OF ANGELINA PAPIA RE DECEDENT'S CAUSE OF ACTION**
(CCP § 377.10 et seq.) - Case No. 3:24-CV-06769-JCS

1

6. No other person has a superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding.

7. Attached hereto as Exhibit A is a true and correct copy of Dylan's certified death certificate.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Dated: August 6, 2025

*Angelina Papia*
Angelina Papia

# EXHIBIT A

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF MARIN
### SAN RAFAEL, CALIFORNIA

Page 1 of 2

## CERTIFICATE OF DEATH
STATE OF CALIFORNIA

STATE FILE NUMBER: 3202321001626

LOCAL REGISTRATION NUMBER:

### DECEDENT'S PERSONAL DATA

- **1. NAME OF DECEDENT—FIRST (Given):** DYLAN
- **2. MIDDLE:** MATEO
- **3. LAST (Family):** BAYLACQ
- **AKA:** —
- **4. DATE OF BIRTH:** 02/08/2002
- **5. AGE Yrs:** 21
- **6. SEX:** M
- **9. BIRTH STATE/FOREIGN COUNTRY:** CA
- **10. SOCIAL SECURITY NUMBER:** 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
- **11. EVER IN U.S. ARMED FORCES?:** NO
- **12. MARITAL STATUS:** NEVER MARRIED
- **7. DATE OF DEATH:** 10/01/2023
- **8. HOUR (24 Hours):** 0323
- **13. EDUCATION:** HS GRADUATE
- **14/15. HISPANIC?:** NO
- **16. RACE:** CAUCASIAN
- **17. USUAL OCCUPATION:** NEVER WORKED
- **18. KIND OF BUSINESS OR INDUSTRY:** NEVER WORKED
- **19. YEARS IN OCCUPATION:** 0

### USUAL RESIDENCE

- **20. DECEDENT'S RESIDENCE:** 6857 SIR FRANCIS DRAKE BLVD #2
- **21. CITY:** FOREST KNOLLS
- **22. COUNTY/PROVINCE:** MARIN
- **23. ZIP CODE:** 94933
- **24. YEARS IN COUNTY:** 21
- **25. STATE/FOREIGN COUNTRY:** CA

### INFORMANT

- **26. INFORMANT'S NAME, RELATIONSHIP:** ANGELINA THERESA PAPIA, MOTHER
- **27. INFORMANT'S MAILING ADDRESS:** P.O. BOX 457, FOREST KNOLLS, CA 94933

### SPOUSE/SRDP AND PARENT INFORMATION

- **28. NAME OF SURVIVING SPOUSE/SRDP—FIRST:** —
- **29. MIDDLE:** —
- **30. LAST (BIRTH NAME):** —
- **31. NAME OF FATHER/PARENT—FIRST:** ANTHONY
- **32. MIDDLE:** LAWRENCE
- **33. LAST:** BAYLACQ
- **34. BIRTH STATE:** UNK
- **35. NAME OF MOTHER/PARENT—FIRST:** ANGELINA
- **36. MIDDLE:** THERESA
- **37. LAST (BIRTH NAME):** PAPIA
- **38. BIRTH STATE:** CA

### FUNERAL DIRECTOR / LOCAL REGISTRAR

- **39. DISPOSITION DATE:** 10/05/2023
- **40. PLACE OF FINAL DISPOSITION:** RESIDENCE OF ANGELINA PAPIA, 6857 SIR FRANCIS DRAKE BLVD #2, FOREST KNOLLS, CA 94933
- **41. TYPE OF DISPOSITION(S):** CREMATE/RESIDENCE
- **42. SIGNATURE OF EMBALMER:** NOT EMBALMED
- **43. LICENSE NUMBER:** —
- **44. NAME OF FUNERAL ESTABLISHMENT:** ADOBE CREEK FUNERAL HOME & CREMATION SERVICES
- **45. LICENSE NUMBER:** FD1646
- **46. SIGNATURE OF LOCAL REGISTRAR:** MATTHEW WILLIS MD MPH
- **47. DATE:** 10/04/2023

### PLACE OF DEATH

- **101. PLACE OF DEATH:** MARIN COUNTY JAIL
- **102. IF HOSPITAL, SPECIFY ONE:** —
- **103. IF OTHER THAN HOSPITAL, SPECIFY ONE:** Other [X]
- **104. COUNTY:** MARIN
- **105. FACILITY ADDRESS OR LOCATION WHERE FOUND:** 13 PETER BEHR DRIVE
- **106. CITY:** SAN RAFAEL

### CAUSE OF DEATH

- **107. CAUSE OF DEATH — IMMEDIATE CAUSE (A):** PENDING INVESTIGATION
- **Time Interval Between Onset and Death:** —
- **108. DEATH REPORTED TO CORONER?:** YES [X]
- **Referral Number:** 23-0000749
- **109. BIOPSY PERFORMED?:** NO [X]
- **110. AUTOPSY PERFORMED?:** YES [X]
- **111. USED IN DETERMINING CAUSE?:** YES [X]
- **112. OTHER SIGNIFICANT CONDITIONS:** —
- **113. WAS OPERATION PERFORMED:** NO
- **113A. DECEDENT PREGNANT IN LAST YEAR?:** NO [X]

### PHYSICIAN'S CERTIFICATION

- **114. I CERTIFY...:** —
- **115. SIGNATURE AND TITLE OF CERTIFIER:** —
- **116. LICENSE NUMBER:** —
- **117. DATE:** —
- **118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE:** —

### CORONER'S USE ONLY

- **119. I CERTIFY...:** MANNER OF DEATH: Pending Investigation [X]
- **120. INJURED AT WORK?:** —
- **121. INJURY DATE:** —
- **122. HOUR:** —
- **123. PLACE OF INJURY:** —
- **124. DESCRIBE HOW INJURY OCCURRED:** —
- **125. LOCATION OF INJURY:** —
- **126. SIGNATURE OF CORONER / DEPUTY CORONER:** ANDREW CLARK
- **127. DATE:** 10/04/2023
- **128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER:** ANDREW CLARK, DEP CORONER

STATE REGISTRAR: A B C D E

CAMARIN-02

---

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF MARIN

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Marin County Assessor-Recorder-County Clerk.

DATE ISSUED: APR 26 2024
BY: , Deputy

000356129

Shelly Scott
SHELLY SCOTT
ASSESSOR-RECORDER-COUNTY CLERK

This copy is not valid unless prepared on an engraved border displaying the seal, date and original signature of the Deputy.



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF MARIN
### SAN RAFAEL, CALIFORNIA

Page 2 of 2

**PHYSICIAN/CORONER'S AMENDMENT**
NO ERASURES, WHITEOUTS, PHOTOCOPIES, OR ALTERATIONS

STATE FILE NUMBER: 3052023216306
LOCAL REGISTRATION NUMBER: 3202321001626

1.1

☐ BIRTH   ☒ DEATH   ☐ FETAL DEATH

TYPE OR PRINT CLEARLY IN BLACK INK ONLY — THIS AMENDMENT BECOMES AN ACTUAL PART OF THE OFFICIAL RECORD

## PART I — INFORMATION TO LOCATE RECORD

**INFORMATION AS IT APPEARS ON ORIGINAL RECORD**

| 1A. NAME—FIRST | 1B. MIDDLE | 1C. LAST | 2. SEX |
|---|---|---|---|
| DYLAN | MATEO | BAYLACQ | M |

| 3. DATE OF EVENT—MM/DD/CCYY | 4. CITY OF EVENT | 5. COUNTY OF EVENT |
|---|---|---|
| 10/01/2023 | SAN RAFAEL | MARIN |

## PART II — STATEMENT OF CORRECTIONS

LIST ONE ITEM PER LINE

| 6. CERTIFICATE ITEM NUMBER | 7. INFORMATION AS IT APPEARS ON ORIGINAL RECORD | 8. INFORMATION AS IT SHOULD APPEAR |
|---|---|---|
| 107A | PENDING INVESTIGATION | HANGING |
| 107AT | - | MINS |
| 112 | - | NONE |
| 119 | PENDING INVESTIGATION | SUICIDE |
| 120 | | N |
| 121 | | 10/01/2023 |
| 122 | | UNK |
| 123 | | OTHER: MARIN COUNTY JAIL |
| 124 | | THE DECEDENT HANGED HIMSELF WITH THE INTENT TO END HIS OWN LIFE. |
| 125 | | MARIN COUNTY JAIL 13 PETER BEHR DRIVE, SAN RAFAEL, CA 94903 |

**DECLARATION OF CERTIFYING PHYSICIAN OR CORONER**

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

| 9. SIGNATURE OF CERTIFYING PHYSICIAN OR CORONER | 10. DATE SIGNED—MM/DD/CCYY | 11. TYPED OR PRINTED NAME AND TITLE/DEGREE OF CERTIFIER |
|---|---|---|
| ▶ NICHOLAS LAVELLE | 12/03/2023 | NICHOLAS LAVELLE, DEP CORONER |

| 12. ADDRESS—STREET and NUMBER | 13. CITY | 14. STATE | 15. ZIP CODE |
|---|---|---|---|
| 3336 CHANATE ROAD | SANTA ROSA | CA | 95404-1708 |

**STATE/LOCAL REGISTRAR USE ONLY**

| 16. OFFICE OF VITAL RECORDS OR LOCAL REGISTRAR | 17. DATE ACCEPTED FOR REGISTRATION—MM/DD/CCYY |
|---|---|
| ▶ CDPH-VR | 12/04/2023 |

STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH, OFFICE OF VITAL RECORDS

FORM VS 24As (REV. 1/08)

1.1

CAMARIN-02

---

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF MARIN

000356130

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Marin County Assessor-Recorder-County Clerk.

DATE ISSUED: APR 26 2024

BY: _____, Deputy

SHELLY SCOTT
ASSESSOR-RECORDER-COUNTY CLERK

This copy is not valid unless prepared on an engraved border displaying the seal, date and original signature of the Deputy.



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE