LAWRENCE BRAGMAN (SBN 104039)
Attorney at Law
912 Lootens Place, 2nd Floor
San Rafael, CA 94901-3110
Tel:  (415) 459-6060
Fax: (415) 459-6067
Email: bragmanlaw@gmail.com

Attorney for Plaintiff
ANGELINA PAPIA

BRIAN E. WASHINGTON, COUNTY COUNSEL
Jacy C. Dardine, Deputy County Counsel (SBN 294294)
OFFICE OF THE COUNTY COUNSEL
COUNTY OF MARIN
3501 Civic Center Drive, Ste. 275
San Rafael, CA 94903
Tel.: (415) 473-6117
Fax: (415) 473-3796
Email: jacy.dardine@marincounty.gov

Attorneys for Defendants
COUNTY OF MARIN and
SHERIFF JAMIE SCARDINA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELINA PAPIA,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF MARIN, MARIN COUNTY SHERIFF'S OFFICE, SHERIFF JAMIE SCARDINA, COUNTY OF MARIN DEPARTMENT OF HEALTH AND HUMAN SERVICES, ANTHONY BAYLACQ, and DOES 1-200, jointly and severally,<br><br>    Defendants. | Case No.: 3:24-CV-06769-JSC<br><br>**JOINT STATEMENT RE: PRIVATE MEDIATION** |

1  Plaintiff ANGELINA PAPIA ("Plaintiff") and defendants COUNTY OF MARIN and JAMIE
2  SCARDINA (collectively "Defendants") hereby submit this joint statement identifying the private
3  mediator and mediation date the parties have agreed on in response to the Court's order (Dkt. 45).
4  The parties have selected the following mediator:

> Michael G. Ornstil
> JAMS
> 1255 Treat Boulevard, Suite 700
> Walnut Creek, CA 94597

Mediation is scheduled for October 22, 2025.

Dated:  August 15, 2025

        By:  /s/ Lawrence Bragman
            Lawrence Bragman
            Attorney for Plaintiff
            ANGELINA PAPIA

Dated:  August 15, 2025

        OFFICE OF THE COUNTY COUNSEL
        COUNTY OF MARIN

        By:  /s/ Jacy C. Dardine
            Jacy Dardine
            Attorneys for Defendants
            COUNTY OF MARIN and
            JAMIE SCARDINA